AMENDED

# CRIMINAL COVERSHEET

U.S. COURTS
SEP 09 2025
Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

| | |
|---|---|
| DEFENDANT'S NAME: Tochukwu Godwin Nwaneri | CASE INFORMATION: |
| JUVENILE: No | RELATED COMPLAINT: No |
| PUBLIC or SEALED: Sealed | CASE NUMBER: 1:25cr272BLW |
| SERVICE TYPE: Warrant (Summons/ Warrant/ Notice) | |
| ISSUE: | County of Offense: Canyon |
| INTERPRETER: No | |
| If YES, language: | |

## CRIMINAL CHARGING INFORMATION

CHARGING DOCUMENT: Indictment

Felony: Yes    Class A Misdemeanor: ___    Class B or C Misdemeanor: ___ (Petty Offense)

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| 18 U.S.C. § 1349 | ONE | Conspiracy to Commit Wire Fraud | Up to 20 years imprisonment, 3 years supervised release, $250,000 fine, $100 Special Assessment |
| 18 U.S.C. § 1343 | TWO through TWENTY-NINE | Wire Fraud | 20 years, 3 years supervised release, $250,000.00 fine, $100 Special Assessment |
| 18 U.S.C. § 1956(h) | THIRTY | Money Laundering Conspiracy | Up to 20 years prison, up to a $500,000 fine or twice the value of the property involved in transaction, up to 3 years supervised release, $100 Special Assessment |
| 18 U.S.C. § 1957 | THIRTY-ONE through SEVENTY-ONE | Money Laundering | 10 years imprisonment; $250,000 fine or twice the value of the property involved in the transaction; 3 years supervised release; $100 Special Assessment. |
| 18 U.S.C. § 981(a)(1)(A) and (C), 18 U.S.C. § 982(a)(1), 28 U.S.C. § 2461(c) | | Money Laundering Forfeiture | Forfeiture of Listed Property |
| 18 U.S.C. § 981(a)(1)(C), 982(a); 28 U.S.C. 2461(c) | | Wire Fraud Forfeiture | Forfeiture of Listed Property |

Date: September 9, 2025    Assistant U.S. Attorney: BRITTNEY CAMPBELL
Telephone No.: (208) 334-1211