# UNITED STATES DISTRICT COURT
## DISTRICT OF IDAHO
### U.S. MAGISTRATE JUDGE MINUTE ENTRY

☒ Arraignment
☒ Government's Motion for Detention CONTINUED
☒ Detention Hearing Continued

MAGISTRATE JUDGE: Raymond E. Patricco, Jr.   DATE: December 16, 2025
DEPUTY CLERK/ESR: Brandi Fifer                TIME: 11:29 – 11:48 AM
Recorded in Courtroom 7                       Boise, ID

<u>UNITED STATES OF AMERICA vs. Tochukwu Godwin Nwaneri</u>
1:25-cr-00272-BLW-2

Counsel for:   United States (AUSA): Darci Crane
               Defendant: Craig Atkinson, CJA Counsel
               USPO: Jessica Kinsel

☒ Defendant appeared on a Warrant/Indictment.
☒ Defendant placed under oath.
☒ Constitutional Right to Counsel advised.
☒ Financial Affidavit reviewed/qualified and Court appointed the CJA Counsel to represent the Defendant.
☒ Court reviewed the record.
☒ Defendant has received/reviewed the Indictment.
☒ Defendant advised of maximum penalties that could be imposed on offense.
☒ Constitutional Right to Jury Trial advised.

☒ Indictment    ☐ Information    ☐ Complaint

☒ Defendant understood charges and maximum penalties.

☐ Read by Clerk    ☒ Waived reading    ☐ Read by Interpreter

PLEA: **NOT GUILTY** plea entered by Defendant and asset forfeiture allegation denied.

☒ Counsel made elections to the Procedural Order. Search warrants were issued. No objection to the search warrant materials.

☒ Notice given to Defendant and Counsel re *Due Process Protections Act.*

Jury Trial set for Tuesday, February 17, 2026 at 1:30 p.m. in Boise before Judge B. Lynn Winmill. A telephonic pre-trial readiness conference set for Thursday, February 5, 2026 at 4:00 p.m. before Judge Winmill. Counsel for the Government is directed to initiate the call.

☒ Government Ex 1 accepted as factual proffer.
☒ Government presented argument.
☒ Defense Counsel had no argument but requested a Detention Hearing be set.
☒ Court found Defendant was a serious risk of flight, to trigger a Detention Hearing.

☒Defendant requested Detention Hearing be continued.  The Court entered a Temporary Order of Detention.  Detention Hearing set for Friday, December 19, 2025 at 10:00 AM(Mountain Time) before Judge Raymond E. Patricco.

☒Defendant remanded to the custody of the U.S. Marshal.