UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TOCHUKWU GODWIN NWANERI, a/k/a Dr. Simon Godwin, a/k/a Tochil Nwaneri,<br><br>Defendant. | Case No. 1:25-cr-00272-BLW<br><br>**ORDER APPOINTING CJA COUNSEL** |

Because the above-named has testified under oath or has otherwise satisfied the court that he is financially unable to employ counsel and does not wish to waive counsel, and because the interests of justice so require,

**IT IS HEREBY ORDERED that** John Defranco, attorney for the District of Idaho, is appointed to represent Defendant Tochukwu Godwin Nwaneri for the limited purpose of advising him regarding a potential conflict of interest identified by Mr. Nwaneri's current counsel and whether Mr. Nwaneri should seek appointment of new counsel to represent him in this matter as a result of this potential conflict. Upon completion of that limited representation, CJA counsel shall be relieved of the appointment.

ORDER APPOINTING CJA COUNSEL- 1



DATED: February 5, 2026

_____
B. Lynn Winmill
U.S. District Court Judge