L. Craig Atkinson, ISB 8125
*craig@craigatkinsonlaw.com*
ATKINSON LAW OFFICE, PLLC
1087 W. River St., Suite 290
Boise, Idaho 83702
(208) 571-0627 (office)
(208) 898-8881 (facsimile)

UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>TOCHUKWU NWANERI,<br><br>　　　　　Defendant. | Case No.  1:25-CR-00272-BLW<br><br>**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD** |

　　COMES NOW Craig Atkinson, counsel for the above-named Defendant, Tochukwu Nwaneri, and, pursuant to District Local Criminal Rule 44.1(b), moves the Court for leave to withdraw as counsel of record. This Motion is supported by the Ex Parte Affidavit of Craig Atkinson, filed contemporaneously herewith.

　　WHEREFORE, counsel respectfully requests that the Court appoint substitute counsel for Tochukwu Nwaneri at the earliest practicable time and permit undersigned counsel to withdraw from further representation of Mr. Nwaneri.

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD**　　　　　　　　　1

DATED this 9th day of February, 2026.

___(s)_____
L. Craig Atkinson
Attorney for Defendant

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD**                                    2