UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TOCHUKWU GODWIN NWANERI,<br>a/k/a Dr. Simon Godwin, a/k/a Tochil<br>Nwaneri,<br><br>    Defendant. | Case No. 1:25-cr-00272-BLW-2<br><br>ORDER |

**INTRODUCTION**

Defendant Nwaneri's trial date is set for March 30, 2026, at 1:30 PM in Boise – Courtroom 3, with a Telephonic Pretrial Conference set for March 19, 2026, at 4:00 PM. On March 3, 2026, the Court granted Defendant Nwaneri's Co-Defendant Vickie Smith a continuance of her trial date, which is now set for June 8, 2026 at 1:30 PM in Boise – Courtroom 3, with a Telephonic Pretrial Conference scheduled for May 28, 2026, at 4:00 PM.

The Court finds that Defendant Smith's trial date applies to Defendant Nwaneri. Under the Speedy Trial Act, 18 U.S.C. § 3161(h)(6), excludable time exists for "a reasonable period of delay when the defendant is joined for trial with a co-defendant as to whom the time for trial has not run and no motion for severance has been granted." The Court finds this to be a reasonable period of delay. Accordingly, the Court finds that the

ORDER - 1

trial date of June 8, 2026 at 1:30 PM and the Telephonic Pretrial Conference date of May 28, 2026, at 4:00 PM shall apply to all defendants.

## ORDER

NOW THEREFORE IT IS HEREBY ORDERED, that the prior trial date for Defendant Nwaneri of March 30, 2026, is VACATED and that trial is reset for June 8, 2026 at 1:30 PM in the Federal Courthouse in Boise, Idaho – Courtroom 3. This trial date applies to all defendants.

IT IS FURTHER ORDERED, that all defendants will be on the same Speedy Trial Act clock because the same excludable time finding under the Speedy Trial Act that applied to Defendant Smith shall apply to all defendants.

IT IS FURTHER ORDERED, that the telephone pretrial conference for all defendants shall be on May 28, 2026 at 4:00 PM. The Government shall set up the conference call and contact the Court's clerk at 208-334-9145 with opposing counsel on the line.

DATED: **March 03, 2026**

B. Lynn Winmill
U.S. District Court Judge

**ORDER - 2**