Alan Johnston
**ALL WEST LAW GROUP, PLLC**
770 S. Woodruff Ave.
Idaho Falls, ID. 83401
Telephone:    (208) 524-2051
Telefax:        (801)930-7515
E-mail:  ajohnsotn@allwestlaw.com
Idaho State Bar No. 7709

Attorney for Defendant Tochukwu Godwin Nwaneri

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>VICKIE SMITH and TOCHUKWU GODWIN NWANERI aka DR. SIMON GODWIN, TOCHIL NWANERI<br><br>  Defendants. | Case No. 1:25-CR-00272-BLW<br><br> NOTICE OF APPEARANCE |

COMES NOW, Alan Johnston of the law firm All West Law Group, PLLC, and gives notice of his appearance as co-counsel in the above captioned matter, with Paul Riggins of Riggins Law, PLLC, on behalf of the defendant TOCHUKWU GODWIN NWANERI aka DR. SIMON GODWIN, TOCHIL NWANERI.

Please send all notices to counsel at the address set forth above in the caption.

1.  NOTICE OF APPEARANCE

DATED this 2nd day of July, 2026.

/s/
_____

Alan Johnston
MURRAY ZIEL & JOHNSTON, PLLC
Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT, I caused a true and correct copy of the foregoing NOTICE

OF APPEARANCE to be electronically filed with the Clerk of the Court and using the CM/ECF

system, which sent a Notice of Electronic Filing to the following persons:

BART M. DAVIS
UNITED STATES ATTORNEY
BRITTNEY CAMPBELL
DARCI WARD CRANE
DAVID JAMES MORSE
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
800 East Park boulevard, Suite 600
BOISE, IDAHO 83712-1211

RANDI LEE JOHNSON
Gravis Law, PLLC
1309 W. dean Ave., Ste 100
Spokane, WA 99201

Katryna Lyn Spearman
Murdoch Walker, II
Lowther Walker LLC
101 Marietta St., NW Suite 3650
Atlanta, GA 30303

/s/
_____

Alan Johnston

2.  NOTICE OF APPEARANCE