**PAUL E. RIGGINS. I.S.B. #5303**
**RIGGINS LAW, P.A.**
**P.O. Box 653**
**Marsing ID 83639**
**Phone:  208-344-4152**
**Email:  rigginslaw@gmail.com**

**Attorney For Defendant TOCHUKWU NWANERI**

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> TOCHUKWU GODWIN NWANERI, <br><br> Defendant. | Case No. 1:25-cr-00272-BLW <br><br><br> **MOTION TO CONTINUE TRIAL READINESS CONFERENCE, JURY TRIAL AND MOTION DEADLINE** |

Defendant Tochukwu Godwin Nwaneri, through his attorney of record, Paul E. Riggins of Riggins Law, P.A., hereby moves this honorable Court to vacate and reset the trial readiness conference and jury trial currently scheduled in this matter for August 6, 2026 and August 17, 2026, respectively, as well as the pre-trial motion deadline.

This motion is based on the attached declaration of counsel and is partially supported and partially opposed by the Government.

**MOTION TO CONTINUE TRIAL READINESS CONFERENCE, JURY TRIAL AND MOTION DEADLINE - 1**

Should the parties resolve this case prior to any new trial setting, the undersigned will notify the Court immediately, so it can adjust its calendar accordingly.

Based on the Declaration of Counsel, Mr. Nwaneri respectfully requests that the Court continue the jury trial for no less than three hundred sixty-five (365) days, and that the Court set a new deadline for the filing of any pretrial motions.

RESPECTFULLY SUBMITTED this 5th day of August, 2026.

/s/ Paul E. Riggins
PAUL E. RIGGINS

CERTIFICATE OF SERVICE

I hereby certify that on August 5th, 2026,  I filed the foregoing document using the Court's CM/ECF electronic filing system, which automatically served a Notice of Electronic Filing and document hyperlink to:

Brittany Campbell and Darci W. Crane
United States Attorney's Office
1290 W. Myrtle Street, Ste. 500
Boise, ID 83702
Darci.crane@usdoj.gov
Brittany.campbell2@usdoj.gov

/s/ Paul E. Riggins
Paul E. Riggins

**MOTION TO CONTINUE TRIAL READINESS CONFERENCE, JURY TRIAL AND MOTION DEADLINE - 2**