**PAUL E. RIGGINS. I.S.B. #5303**
RIGGINS LAW, P.A.
P.O. Box 653
Marsing, ID 83639
Phone: 208-344-4152
Email: rigginslaw@gmail.com

ATTORNEY FOR DEFENDANT

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

TOCHUKWU GODWIN NWANERI,

    Defendant.

Case No. 1:25-cr-00272-BLW

**DECLARATION OF PAUL E. RIGGINS IN SUPPORT OF MOTION TO CONTINUE TRIAL READINESS CONFERENCE, JURY TRIAL AND MOTION DEADLINE**

PAUL E. RIGGINS, being first duly sworn upon oath, states as follows:

1.    I am an attorney licensed to practice in the state of Idaho, in the United States District Court for the District of Idaho, in the Ninth Circuit Court of Appeals, and in the United States Supreme Court.

2.    I was appointed counsel for the above-named Defendant pursuant to the

**DECLARATION OF PAUL E. RIGGINS IN SUPPORT OF MOTION TO CONTINUE TRIAL READINESS CONFERENCE, JURY TRIAL AND MOTION DEADLINE - 1**

Criminal Justice Act on or about February 17, 2026.

3.     The trial readiness conference is scheduled for August 6th, 2026 and the jury trial is scheduled for August 17th, 2026.

4.     I was appointed as counsel in this case on February 17, 2026.

5.     I was not Mr. Nwaneri's original attorney. Based on this case and my other work obligations, I will need additional time to obtain and review documents, materials and evidence, conduct investigations, meet and communicate with my client, research and file any appropriate motions, consult with, retain and work with experts, and prepare my client's defense.  I assert that a continuance is necessary to provide my client with the effective assistance of counsel.

6.     I have received to date approximately five terrabytes (5 TB) of discovery. I have been informed that more discovery is forthcoming.

7.     This is a complex financial fraud case involving multiple countries and continents, and 71 criminal counts.

8.     The indictment also includes claims of criminal forfeiture against numerous accounts, property and physical items.

9.     The defense team is in process of retaining various experts, including but not limited to a forensic accountant, a financial transaction expert and a digital forensics expert. Other experts may become necessary. These experts will need sufficient time to conduct their work and provide reports to the defense team.

10.     I have found it necessary to bring on co-counsel, a professional paralegal

**DECLARATION OF PAUL E. RIGGINS IN SUPPORT OF MOTION TO CONTINUE TRIAL READINESS CONFERENCE, JURY TRIAL AND MOTION DEADLINE - 2**

from out of state, and an investigator. I expect this investigation to take a considerable amount of time.

11.     I have communicated with Assistant United States Attorney Darci Crane, counsel for the Plaintiff, regarding this matter. She informed me the Government has no objection to a continuance in general, but does object to the requested length of the continuance.

12.     I respectfully note that myself and co-counsel, Alan Johnston, are busy criminal defense practitioners with heavy case loads and other obligations.

13.     I certify that this motion is brought in good faith and not for any purpose of improper delay. I believe this additional time is necessary to ensure that Mr. Nwaneri receives thorough and effective assistance of counsel.

14.     Mr. Nwaneri's co-defendant's counsel filed a prior continuance request in this case. This is my first request for a continuance. I note that I am requesting a more lengthy continuance because of the complex nature of this case.

15.     Mr. Nwaneri his rights under the Speedy Trial Act, and that any continuance will be treated as excludable time thereunder.

16.     Accordingly, Mr. Nwaneri respectfully requests that the Court continue the motion deadline, trial readiness conference and jury trial for no less than **three hundred sixty-five (365) days** from the current settings.

**DECLARATION OF PAUL E. RIGGINS IN SUPPORT OF MOTION TO CONTINUE TRIAL READINESS CONFERENCE, JURY TRIAL AND MOTION DEADLINE - 3**

17.    Pursuant to 28 U.S.C. §1746, I certify and declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED this 5th day of August, 2026.


/s/ Paul E. Riggins
PAUL E. RIGGINS


CERTIFICATE OF SERVICE

I hereby certify that on August 5th, 2026,  I filed the foregoing document using the Court's CM/ECF electronic filing system, which automatically served a Notice of Electronic Filing and document hyperlink to:

Brittany Campbell and Darci W. Crane
United States Attorney's Office
1290 W. Myrtle Street, Ste. 500
Boise, ID 83702
Darci.crane@usdoj.gov
Brittany.campbell2@usdoj.gov

/s/ Paul E. Riggins
Paul E. Riggins


**DECLARATION OF PAUL E. RIGGINS IN SUPPORT OF MOTION TO CONTINUE TRIAL READINESS CONFERENCE, JURY TRIAL AND MOTION DEADLINE - 4**