UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

UNITED STATES OF AMERICA,

Plaintiff,

v.

TOCHUKWU GODWIN NWANERI,

Defendant.

Case No. 1:25-cr-00272-BLW

**ORDER CONTINUING TRIAL READINESS CONFERENCE AND TRIAL**

Currently before the Court is Defendant's Motion to Continue Trial Readiness Conference, Jury Trial, and Motion Deadline. (Dkt. 77). Defense counsel explains he needs additional time to complete his investigation, review discovery and prepare for trial. Defendant's counsel has requested a 365-day continuance. The Government does not oppose the continuance, but does oppose the length of the continuance.

The Court finds that a continuance is needed to give defense counsel an opportunity to provide an effective defense. Thus, a continuance is warranted under 18 U.S.C. § 3161(h)(7)(B)(iv), which authorizes a finding of excludable time when the refusal to grant a continuance would "deny counsel for the defendant . . . the reasonable time necessary for effective preparation . . . ." The interests of justice in allowing the defense time for effective preparation outweighs the defendant's and the public's interest in a speedy trial under 18 U.S.C. § 3161(h)(7)(A).

The statements of defense counsel establish that the trial should be reset on **December 14, 2026, at 1:30 p.m. M.T.** at the United States Courthouse in Boise, Idaho. The Court finds that the period of time between the filing of the motion to continue and the new trial date is excludable time under the Speedy Trial Act.

Accordingly, IT IS HEREBY ORDERED the Motion to Continue (Dkt. 77) shall be, and the same is hereby **GRANTED**; the present trial date be **VACATED**; and a new trial be set for **December 14, 2026, at 1:30 p.m. M.T.** in the United States Courthouse in Boise, Idaho.

IT IS FURTHER ORDERED the period of time between the filing of the motion to continue and the new trial date be deemed EXCLUDABLE TIME under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) & (B).

IT IS FURTHER ORDERED that a trial readiness conference be conducted by telephone on **December 3, 2026, at 4:00 p.m. Mountain Time**. The Government shall place the call to (208) 334-9205 with opposing counsel on the line.

IT IS FURTHER ORDERED all pretrial motions shall be filed on or before **October 30, 2026**.

DATED: August 13, 2026

B. Lynn Winmill
U.S. District Court Judge